UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
IN RE TREMONT SECURITIES LAW,      :     08 Civ. 11117 (TPG)
STATE LAW AND INSURANCE            :
LITIGATION                         :     **MEMORANDUM**

------------------------------------------------x
This Document Relates to: All Actions
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/09

    On March 26, 2009, this Court issued an order of consolidation, which (1) divided the actions then pending before the Court into three groups, the Securities Law Actions, the State Law Actions, and the Insurance Actions, and then (2) consolidated the cases within each grouping for pretrial proceedings.

    The purpose of this Memorandum is to remind counsel in all of the consolidated cases that any document hereinafter filed in connection with this action must be filed in the master file, 08 Civ. 11117, and the document must indicate, immediately after the phrase "This Document Relates to:", whether the document relates to "All Actions" or only to one or more of the Securities Law Actions, 08 Civ. 11212, State Law Actions, 08 Civ. 11183, and/or Insurance Actions, 09 Civ. 557. It is only by marking the document appropriately that the Clerk's Office will know to then file this document on the docket that corresponds with the appropriate consolidated grouping.

In addition, once the Clerk of the Court has closed the dockets for the cases pending before the Court that have <u>not</u> been designated as the lead case in any of the consolidated actions, nor designated as the master docket, counsel in all of the consolidated cases shall not hereinafter file any document on these closed dockets.

Dated: New York, New York
       March 26, 2009

SO ORDERED

_____
Thomas P. Griesa
U.S.D.J.