UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, AND INSURANCE LITIGATION | Master File No.: 08 Civ 11117 (TPG) |
| | ORAL ARGUMENT REQUESTED |
| This Document Relates to: Securities Actions 08 Civ. 11212 (TPG) | Electronically Filed |

------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of this motion, and the annexed Declaration of Richard Cashman, dated May 20, 2009, and the exhibits thereto, and upon the pleadings herein, defendant Ernst & Young LLP will move this Court, before The Honorable Thomas P. Griesa, United States District Judge, for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice plaintiffs' Consolidated and Amended Class Action Complaint, and granting such other and further relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), opposition papers, if any, to defendant Ernst & Young LLP's motion, shall be served on undersigned counsel within ten (10) business days after service hereof.

Dated: New York, New York
May 20, 2009

                                         GIBSON, DUNN & CRUTCHER LLP

                                         By:   s/Lawrence J. Zweifach
                                                   Lawrence J. Zweifach  (LZ 8641)
                                                   lzweifach@gibsondunn.com

                                                   Richard Cashman (RC 4769)
                                                   rcashman@gibsondunn.com

                                         200 Park Avenue, 47th Floor
                                         New York, New York 10166-0193
                                         Telephone: (212) 351-4000
                                         Facsimile: (212) 351-4035
                                         Attorneys for Defendant,
                                         Ernst & Young LLP