UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE TREMONT SECURITIES LAW,    :   Master File No.: 08 Civ. 11117
STATE LAW AND INSURANCE        :   (TPG)
LITIGATION                          :
                                    :   **NOTICE OF MOTION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :   ORAL ARGUMENT
This Document Relates to:  Securities Actions   :   REQUESTED
08 Civ. 11212 (TPG)                     :
                                    :   Electronically Filed

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Richard Cashman,

dated April 29, 2010, and the exhibit thereto, namely the Opinion of this Court dated March 30,

2010, granting the motions filed herein by defendants Ernst & Young LLP and KPMG LLP to

dismiss all of the claims asserted against them in the Consolidated and Amended Class Action

Complaint that was filed in the above-referenced Securities Actions, and upon the accompanying

Memorandum of Law in support of this motion, defendants Ernst & Young LLP and KPMG LLP

will move this Court for an Order pursuant to Rule 54(b) of the Federal Rules of Civil Procedure

directing the entry of a final judgment dismissing the Securities Actions as to them, on the

ground that the Court has finally determined the claims against Ernst & Young LLP and KPMG

LLP and there is no just reason for delay in entering a final judgment as to them, and granting

such other and further relief as the Court deems appropriate.

       **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b),

opposition papers, if any, to this motion must be served on the undersigned counsel within

fourteen (14) days after service hereof.

Dated: New York, New York
     April 29 , 2010


GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Lawrence J. Zweifach
    Lawrence J. Zweifach (LZ 8641)
    (lzweifach@gibsondunn.com)
    Richard Cashman (RC 4769)
    (rcashman@gibsondunn.com)
    200 Park Avenue, 47th Floor
    New York, New York 10166-0193
    Telephone: (212)351-4000
    Facsimile: (212) 351-4035


Attorneys for Defendant Ernst & Young LLP

HOWREY LLP

By:    /s/ Gregory G. Ballard
    Gary F. Bendinger (GB 6728)
    (bendingerG@howrey.com)
    Gregory G. Ballard (GB 6073)
    (ballardG@howrey.com)
    R. Corey Worcester  (RW 6314)
    Worcesterc@howrey.com
    601 Lexington Avenue
    New York, NY  10022
    Telephone: (212) 896-6500
    Facsimile: (212) 896-6501

WILLIAMS & CONNOLLY LLP
    John K. Villa (pro hac vice)
    (jvilla@wc.com)
    David A. Forkner (pro hac vice)
    (dforkner@wc.com)
    725 Twelfth Street, N.W.
    Washington, DC  20005
    Telephone: (202) 434-5000
    Facsimile: (202) 434-5029

Attorneys for Defendant KPMG LLP

100851781_3.DOC

2