UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW, and INSURANCE LITIGATION | Master File No.: 08 Civ. 11117 (TPG) |
| This Document Relates To: All Actions | ECF CASE Electronically Filed |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Benjamin P. Edwards, being duly sworn, deposes and says:

1. I am over eighteen years of age, not a party to the action and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2. That on the 25th day of May, 2011, I served a true copy of The **Tremont Defendants' Memorandum In Support Of Final Approval Of Partial Settlement And In Response To Certain Objections To Settlement** by first-class mail upon:

**Law Office of Vincent T. Gresham**
Vincent T. Gresham
2870 Peachtree Road, #306
Atlanta, Georgia 30305

**Law Office of Adam D. White**
Adam D. White
The Transportation Building
225 Broadway, Suite 2000
New York, New York 10007

**Rozwood & Company, P.C.**
S. Benjamin Rozwood
503 North Linden Drive
Beverly Hills, California 90210

**Ross & Orenstein LLC**
Jeff Ross
John B. Orenstein
100 South Fifth Street, Suite 1200
Minneapolis, Minnesota 55402

| | |
|---|---|
| **Faegre & Benson LLP** | **Friedman Kaplan Seiler & Adelman LLP** |
| James L. Volling | Scott M. Berman |
| Michael F. Cockson | Anne E. Beaumont |
| 2200 Wells Fargo Center | John N. Orsini |
| 90 South Seventh Street | Steven E. Frankel |
| Minneapolis, Minnesota 55402 | 7 Times Square |
| | New York, New York 10036-6516 |
| **Morgan, Lewis & Bockius LLP** | **McLaughlin & Stern, LLP** |
| John M. Vassos | Lee S. Shalov |
| Menachem O. Zelmanovitz | 260 Madison Avenue |
| Julia N. Miller | New York, New York 10016 |
| 101 Park Avenue | |
| New York, New York 10178 | |

_____
Benjamin P. Edwards

Sworn to before me this
26th day of May, 2011.

_____
Brian E. Keating
Notary Public, State of New York
No. 01KE5009535
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 15, 2015