UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE TREMONT SECURITIES LAW,       Master File No.
STATE LAW, and INSURANCE         :   08 Civ. 11117 (TPG)
LITIGATION

                                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - -   ECF CASE
This Document Relates to: All Actions   :   Electronically Filed

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )

      Richard Gomez, being duly sworn, deposes and says:

      1.  I am not a party to the action, am over 18 years of age and am

employed by Skadden, Arps, Slate, Meagher &  Flom LLP, Four Times Square, New

York, NY 10036.

      2.  On June 10, 2011, I served a true copy of *The Tremont Defendants'*

*Memorandum in Opposition to the Haines Objectors' Motion for Relief From*

*Mediation and Settlement Confidentiality Provisions* by first-class mail by depositing

same in a post-paid properly addressed envelope, in an official depository under the

exclusive care and custody of the U.S. Postal Service within the State of New York upon:

**Law Office of Vincent T. Gresham**       **Law Office of Adam D. White**
Vincent T. Gresham                          Adam D. White
2870 Peachtree Road, #306                   The Transportation Building
Atlanta, Georgia 30305                      225 Broadway, Suite 2000
                                            New York, New York 10007

**Rozwood & Company, P.C.**                  **Ross & Orenstein LLC**
S. Benjamin Rozwood                         Jeff Ross
503 North Linden Drive                      John B. Orenstein
Beverly Hills, California 90210             100 South Fifth Street, Suite 1200
                                            Minneapolis, Minnesota 55402

**Faegre & Benson LLP**
James L. Volling
Michael F. Cockson
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402

**Friedman Kaplan Seiler & Adelman LLP**
Scott M. Berman
Anne E. Beaumont
John N. Orsini
Steven E. Frankel
7 Times Square
New York, NY 10036

**Morgan Lewis & Bockius LLP**
John M. Vassos
Menachem O. Zelmanovitz
Julia N. Miller
101 Park Avenue
New York, NY 10178

**McLaughlin & Stern, LLP**
Lee S. Shalov
260 Madison Avenue
New York, NY 10016

_____
Richard Gomez

Sworn to before me this
10th day of June 2011.

_____
Brian E. Keating
Notary Public, State of New York
No. 01KE5009535
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires March 15, 2015