USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 8/12/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

This document relates to: Securities Actions
08 Civ. 11212

---------------------------------------------x

08 Civ. 11117 (TPG)

**ORDER**

For the reasons set forth on the record in the hearing of May 27, 2011, KPMG and Ernst & Young's joint motion for entry of judgment is granted.

This disposes of the motion listed as document number 347 on this docket.

SO ORDERED.

Dated: New York, New York
August 12, 2011

Thomas P. Griesa
U.S.D.J.