UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE TREMONT SECURITIES LAW, STATE
LAW AND INSURANCE LITIGATION
-----------------------------------------------------------X
This document relates to: Securities Actions
08 Civ. 11212
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/11

08 **CIVIL** 11117(TPG)
*Rule 54(b)*
**JUDGMENT**

Defendants KPMG and Ernst & Young having moved for an Order pursuant to Fed. R. Civ. P. 54(b) dismissing the Securities Actions as to them and that there is no just reason for delay entering a final judgment as to them, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on August 12, 2011, having rendered its Order granting KPMG and Ernst & Young's joint motion for entry of judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 12, 2011, KPMG and Ernst & Young's joint motion for entry of judgment is granted; accordingly, there is no just reason for delay, pursuant to Fed. R. Civ. P. 54(b), judgment is entered dismissing the Securities Actions as to KPMG and Ernst & Young.

**Dated:** New York, New York
August 15, 2011

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____