IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK



IN RE TREMONT SECURITIES LAW,
STATE LAW AND INSURANCE
LITIGATION

This Document Relates to:
1:09-cv-8570-TPG

Master File No.:
08 Civ. 11117-TPG

## NOTICE OF VOLUNTARY DISMISSAL

By letter filed with this Court on September 14, 2011 ("September 14 Letter"), the

Tremont Defendants represented that the plaintiff in the above-captioned action, Family

Swimmers Limited Partnership ("Family Swimmers"), was continuing to litigate this action

because it either was not a member of the settlement class certified by this Court on August 19,

2011 ("Settlement Class"), or had opted out of the settlement. This is incorrect. Family

Swimmers intends to participate fully as a member of the Settlement Class.

To avoid any confusion raised by the September 14 Letter, pursuant to Fed. R. Civ. P.

41(a)(1), Family Swimmers hereby voluntarily dismisses all claims asserted in the action

originally filed on April 1, 2009 in the Superior Court of Massachusetts, Suffolk County at

docket number 09-1346-BLS; subsequently removed to the United States District Court for the

District of Massachusetts at Docket Number 1:09-cv-10784-JLT; and subsequently consolidated

before this Court under the above caption against Defendants Rye Select Broad Market Fund,

L.P., Tremont Partners, Inc., Tremont Group Holdings, Inc., Oppenheimer Acquisition

Corporation, MassMutual Holding LLC, Massachusetts Mutual Life Insurance Company, Robert

Ivan Schulman, Steven Thomas Clayton, Lynn O. Keeshan, Rupert Andrew Allan, Harry

Hodges, Sandra Manzke, and Susan Hammond.

This notice of voluntary dismissal is made before any opposing party served their answer or a motion for summary judgment.

Family Swimmers, however, reserves all rights as a member of the Settlement Class, and nothing in this Voluntary Dismissal should be construed as a waiver of any of those rights.

Dated: October 20, 2011

Respectfully submitted,

**BERMAN DEVALERIO**

/s/ Patrick T. Egan
Patrick T. Egan (PE6812)
pegan@bermandevalerio.com
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

**Counsel for Plaintiff**
**Family Swimmers Limited Partnership**

2