UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION | : | No. 08 Civ. 11212 |
| _____ | : | |
| This Document Relates to: | | **NOTICE OF APPEARANCE** |
| SECURITIES LAW ACTION | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that David A. Kotler, admitted to practice before this Court, of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of Oppenheimer Acquisition Corp., defendant in the above-captioned action, and that copies of all papers in this action are to be served upon the undersigned at the address set forth below.

Dated: Princeton, New Jersey
         February 28, 2012

DECHERT LLP

By:   /s/ David A. Kotler
David A. Kotler
david.kotler@dechert.com
902 Carnegie Center, Suite 500
Princeton, New Jersey  08540
Tel.: (609) 955-3200
Fax: (609) 955-3259
*Attorneys for Defendant*
*Oppenheimer Acquisition Corp.*

14340621