UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

IN RE TREMONT SECURITIES LAW, STATE LAW AND INSURANCE LITIGATION

**ORDER**

09 md 2052

Master File No.:
08 Civ. 11117 (TPG)

----------------------------------------x

This Document Relates to:
State Law Action: 08 Civ. 11113; Securities Law Action: 08 Civ. 11212; Insurance Action: 09 Civ. 557 (TPG);
09 Civ. 3137; 09 Civ. 3708; 10 Civ. 9061;
10 Civ. 9252; 11 Civ. 1283; 11 Civ. 1284;
11 Civ. 1851; 11 Civ. 1687

----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/12

William Dodds of Dechert LLP, who represents Oppenheimer Acquisition Corp. and OppenheimerFunds, Inc., has filed a request to withdraw as counsel in all of the actions listed above. The request is granted.

SO ORDERED.

Dated: New York, New York
March 13, 2012

Thomas P. Griesa

Thomas P. Griesa
U.S. District Judge